SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA JONES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 3:16-CV-05686-JST <br><br> STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Patricia Jones and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: January 5, 2017        Sagaria Law, P.C.

                              By:    */s/ Elliot W. Gale*
                                     Elliot W. Gale
                              Attorneys for Plaintiff
                              Patricia Jones

DATED: January 5, 2017        McGuire Woods LLP

                              By:    */s/ Anthony Le*
                                     Anthony Le
                              Attorneys for Defendant
                              Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 9, 2017          _____
                                JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED ORDER - 2