SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA JONES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 3:16-cv-05686-JST <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Patricia Jones and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  April 18, 2017             Sagaria Law, P.C.

                                    By:  _____/s/ Elliot W. Gale_____
                                              Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Patricia Jones


DATED:  April 18, 2017             Severson & Werson, APC



                                    By:  _____/s/ Alisa Givental_____
                                              Alisa Givental
                                    Attorneys for Defendant
                                    Wells Fargo Bank, N.A.




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

   Pursuant to the stipulation of the Parties, Defendant Wells Fargo Bank, N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

   IT IS SO ORDERED.

DATED:_____         _____
                                JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER - 2