Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>    Defendants. | Case No.: 3:16-cv-05686-JST<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Patricia Jones and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: May 19, 2017                                **Sagaria Law, P.C.**

                                                                     By:    */s/ Elliot Gale*
                                                                                  Elliot Gale
                                                                                  Attorney for Plaintiff Patricia Jones

DATED: May 19, 2017                                **Nokes & Quinn, APC**

                                                            By:    */s/ Thomas P. Quinn, Jr.*
                                                                                  Thomas P. Quinn, Jr.
                                                                                  Attorney for Defendant Experian
                                                                                  Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:    May 22, 2017                                     
                                                                                 Hon. Jon S. Tigar
                                                                                  UNITED STATES DISTRICT JUDGE